**LEA PATRICIA L. FRANCISCO** (CA State Bar No. 276812)
Supervising Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5460
Facsimile: (909) 387-4069
E-Mail: lea.francisco@cc.sbcounty.gov          Exempt per Government Code § 6103

Attorneys for Defendants San Bernardino County (sued as San Bernardino County Board of Supervisor) and Ensen Mason

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN BERNARDINO, CENTRAL DIVISION

| | |
|---|---|
| DIAZ JESUS ALCALA, an individual; MARIA SANTIAGO, and individual;<br><br>          Plaintiff,<br><br>     v.<br><br>ENSEN MASON, CPA, CFA, an individual; SAN BERNARDINO COUNTY BOARD OF SUPERVISOR, a Government Agency; and DOES 1 through 25, Inclusive,<br>          Defendants. | Case No.24-2585<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §§ 1441(a) AND 1446(a); DECLARATION OF LEA PATRICIA L. FRANCISCO; SUPPORTING EXHIBITS; DEMAND FOR JURY TRIAL**<br><br>**[28 U.S.C. §§ 1441, 1446; Rule 11]**<br><br>Honorable District Court Judge:<br>Honorable Magistrate Judge: |

**TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that Defendant SAN BERNARDINO COUNTY (sued as SAN BERNARDINO COUNTY BOARD OF SUPERVISOR) and ENSEN MASON

1

NOTICE OF REMOVAL TO FEDERAL COURT; DECLARATION OF LEA PATRICIA L. FRANCISCO; SUPPORTING EXHIBITS; DEMAND FOR JURY TRIAL

hereby remove to the United States District Court a civil action entitled *Diaz Jesus Alcala v. Ensen Mason, et al.*, which was filed in the San Bernardino Superior Court, Case No. CIVSB2427259.  Removal is made under 28 U.S.C. §§ 1441 and 1446 and based on the following:

1.     On or about September 9, 2024, this action was filed in the San Bernardino Superior Court by Plaintiffs Diaz Jesus Alcala and Maria Santiago ("Plaintiffs") against Defendants San Bernardino County ("County"), Ensen Mason, and DOES 1-25.  Attached hereto as Exhibit "1" is a true and correct copy of the Complaint filed in the state court action.

2.     Pursuant to 28 U.S.C § 1441(a), "any civil action brought in a State court of which the district courts of the United States have *original jurisdiction*, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."   (Emphasis added.) Moreover, the Code confers original jurisdiction in the district courts over all actions involving federal questions.  *See* 28 U.S.C. § 1331 ("[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

3.     Plaintiffs' Complaint contains three theories of liability, included alleged violation of the Fifth Amendment Takings Clause found in the Third cause of action. Plaintiffs' claims are predicated upon alleged violations of the rights secured by the United States Constitution, including violations of the Fifth Amendment.  Plaintiffs' claims therefore arise under federal law in that they "require[] resolution of a substantial question of federal law in dispute between the parties." *Franchise Tax Board v. Laborers Vacation Trust*, 463 U.S. 1, 13 (1983).  Plaintiff's "right to relief… necessarily depend[s] on the resolution of a substantial question of federal law,… in that federal law is a necessary element of one of the well pleaded… claims." *Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, 808 (1988) (*quoting Franchise Tax Board, supra*, 463 U.S. at 27-

NOTICE OF REMOVAL TO FEDERAL COURT; DECLARATION OF LEA PATRICIA L. FRANCISCO; SUPPORTING EXHIBITS; DEMAND FOR JURY TRIAL

28.).

Plaintiff also asserts two state law remedies, presumably based on the California Code, Revenue and Taxation Code and the Fifth Amendment, though the Complaint remains unclear.  (*See* Complaint First and Second causes of action).  In any case, when an action is removed to federal court, however, the federal court has jurisdiction to also determine all pendent state claims "that are so related to the claims in the action… that they form part of the same case or controversy…."  *See* 28 U.S.C. §1367.  Such is the case with the pendent state claims here.

Accordingly, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), and this matter may therefore be removed to federal court by Defendants.

4.    Removal is timely.  *See* 28 U.S.C. § 1446(b) (requiring the notice of removal to be filed within thirty-days of service of the pleading.)  The thirty-day period is triggered upon completion of formal service of process on the defendant in accordance with state law. *See Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).  Where there are multiple defendants, '[e]ach defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons… to file the notice of removal." 28 U.S.C. § 1446(b)(2)(B).  Here, San Bernardino County and Ensen Mason are the only named defendants.  The defendants DOES 1-25 have yet to be identified.

Additionally, Plaintiffs served the Complaint on November 5, 2024.

5.    This Notice of Removal is filed with this Court within 30 days of the service date, i.e., within 30 days of November 5, 2024, and is therefore timely.

6.    The only named defendants, San Bernardino County and Ensen Mason, are represented by the undersigned attorney and expressly consent to this Notice of Removal.

7.    Other than the entity identified above and the persons identified in the caption as "DOES 1 through 25", there are no other named defendants in this lawsuit.  Therefore, there are no other defendants who need to consent in order for this case to be removed.

NOTICE OF REMOVAL TO FEDERAL COURT; DECLARATION OF LEA PATRICIA L. FRANCISCO; SUPPORTING EXHIBITS; DEMAND FOR JURY TRIAL

*See Destfino v. Reiswig*, 630 F.3d 952, 955-957 (9th Cir. 2011) (defendants who were not properly served were not required to join in the petition for removal).

8.    A copy of this Notice of Removal will be filed with the Clerk of the San Bernardino Superior Court, Central District, and a copy of this Notice is being served on counsel for Plaintiffs.

9.    Copies of all other process, pleadings and orders served upon Defendants and/or filed in the action in the San Bernardino Superior Court are attached hereto as Exhibits 4-5.

DATED: December 5, 2024            Respectfully submitted,


*/s/ Lea Patricia L. Francisco*
LEA PATRICIA L. FRANCISCO
Supervising Deputy County Counsel
Attorneys for Defendants
San Bernardino County (sued as San Bernardino County Board of Supervisor) and Ensen Mason

NOTICE OF REMOVAL TO FEDERAL COURT; DECLARATION OF LEA PATRICIA L. FRANCISCO; SUPPORTING EXHIBITS; DEMAND FOR JURY TRIAL

# DECLARATION OF LEA PATRICIA L. FRANCISCO

1. The facts set forth herein are based on my personal knowledge or, as specified, upon my information and belief, based on official acts and writings. If called upon as a witness, I could and would testify competently to the facts contained herein under oath.

2. I am attorney at law, duly licensed to practice before this Court and all courts of the State of California, and am a Supervising Deputy County Counsel for San Bernardino County, attorneys of record for Defendants San Bernardino County and Ensen Mason in this civil action filed in the Superior Court of the State of California, County of San Bernardino, entitled *Diaz Jesus Alcala v. Ensen Mason, et al.,* San Bernardino Superior Court, Case No. CIVSB2427259, now pending in the San Bernardino Superior Court.

3. Plaintiffs Diaz Jesus Alcala and Maria Santiago ("Plaintiffs") originally filed this action in San Bernardino Superior Court on or about September 6, 2024, which includes federal claims under Fifth Amendment. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed in the state court action.

4. Plaintiff attempted to serve the summons and complaint on Defendant San Bernardino County at the Auditor-Controller's office on November 5, 2024. Defendants do not dispute proper service.

5. A true and correct copy of the other documents filed or served in this case are attached hereto as Exhibits 2-5, and include the Civil Case Cover Sheet, Certificate of Assignment, Summons, and Notice of Trial Setting Conference and Notice of Case Assignment.

6. This Notice of Removal is filed with this Court within 30 days of this service date, i.e., within 30 days of November 5, 2024, and is therefore timely.

7. There are only two named defendants, San Bernardino County and Ensen Mason, who are represented by the undersigned and consent to this Notice of Removal.

5

NOTICE OF REMOVAL TO FEDERAL COURT; DECLARATION OF LEA PATRICIA L. FRANCISCO; SUPPORTING EXHIBITS; DEMAND FOR JURY TRIAL

8.      Other than San Bernardino County, Ensen Mason, and the persons identified in the Complaint as "DOES 1 through 25", there are no other named defendants in this lawsuit.  Therefore, there are no other defendants who need to consent in order for this case to be removed.

9.      A copy of this Notice of Removal will be filed with the Clerk of the San Bernardino Superior Court, and a copy of this Notice is being served on Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of December, 2024, at San Bernardino, California.


*/s/ Lea Patricia L. Francisco*
Lea Patricia L. Francisco

NOTICE OF REMOVAL TO FEDERAL COURT; DECLARATION OF LEA PATRICIA L. FRANCISCO; SUPPORTING EXHIBITS; DEMAND FOR JURY TRIAL

**PROOF OF SERVICE**

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On **December 5, 2024**, I served the following documents (*specify*):

**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §§ 1441(a) AND 1446(a); DECLARATION OF LEA PATRICIA L. FRANCISCO; SUPPORTING EXHIBITS; DEMAND FOR JURY TRIAL**

I served the documents on the persons below, as follows:

Anthony O. Egbase                   Attorneys for Plaintiff
Shana Y. Stark                      Telephone: (213) 620-7070
Aliyah J. Guidry                    info@aoelaw.com
Rebecca I. Okpere
**A.O.E Law & Associates**
800 W. 1st Street, Ste 400
Los Angeles, CA 90012

The documents were served by the following means:

☒ **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (*specify one*):

☒ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Bernardino, California.

DATED: December 5, 2024        */s/ Nicole L. Blackwood*
                              NICOLE L. BLACKWOOD, Declarant

NOTICE OF REMOVAL TO FEDERAL COURT; DECLARATION OF LEA PATRICIA L. FRANCISCO; SUPPORTING EXHIBITS; DEMAND FOR JURY TRIAL